# JASNE & FLORIO, L.L.P

*Attorneys & Counselors at Law*

30 Glenn Street - Suite 103
White Plains, New York 10603
Tel: (914) 997-1212
Fax: (914) 682-8692
E-mail: jf@jasneflorio.com
Service by Electronic Means of Any Document
Without Written Authorization Is Not Accepted

Hugh G. Jasne, NY
Daniel F. Florio, Jr., NY & CT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2021

June 17, 2021

Honorable Victor Marrero                               Via PACER filing.
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Lusine Ghazaryan*
      Case No.: 1:20-cr-00652-VM-6

### REQUEST TO TRAVEL TO FLORIDA FOR A TEMPORARY STAY

Dear Hon. Judge Marrero:

I am the attorney for Lucine Ghazaryan.

Please accept this Letter as a request to allow the above defendant to travel to Florida to introduce her husband's father (paternal grandfather) to their baby only recently born. I understand the grandfather is in frail health and unable to travel.

The requested itinerary is as follows:

To travel June 29, 2021 from Newark NJ airport to Miami airport and return July 7, 2021.

They intend to stay at a hotel in Hollywood Florida.

I have obtained written (e-mail) consent from Mr. Marlon Ovalles of pre-trial services.

Thanking Your Honor for your time and consideration.

Very truly yours,
JASNE & FLORIO, L.L.P.

/s/ Hugh G. Jasne, Esq.
Hugh G. Jasne

The request is granted. Defendant Lusine Ghazaryan's bail conditions are modified as requested above.

**SO ORDERED.**

6/18/2021

DATE

VICTOR MARRERO, U.S.D.J.