# JASNE & FLORIO, L.L.P.

*Attorneys & Counselors at Law*

30 Glenn Street - Suite 103
White Plains, New York 10603
Tel: (914) 997-1212
Fax: (914) 682-8692
E-mail: jf@jasneflorio.com
Service by Electronic Means of Any Document
Without Written Authorization Is Not Accepted

Hugh G. Jasne, NY
Daniel F. Florio, Jr., NY & CT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021
```

November 2, 2021

Honorable Victor Marrero                    Via PACER filing
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Lusine Ghazaryan***
            Case No.: 1:20-cr-00652-VM-6

### *REQUEST TO TRAVEL FOR A VACATION*

Dear Hon. Judge Marrero:

    As Your Honor's records should reflect I am the attorney for Lucine Ghazaryan.

    Please accept this Letter as a request to allow the above defendant to travel to Las Vegas for a short term vacation. The requested itinerary is as follows:

    Travel November 7 out of Newark airport to Las Vegas and returning on November 12. She, her husband and children are to all traveling together and will stay at the hotel ARIA.

    I have obtained written (e-mail) consent from the US Attorney and verbal consent from both Myrna Carrington and Vincent Adams at pre-trial services.

    Should the Court require any further information needless to say I stand ready to provide such.

    Thanking Your Honor for your time and consideration.

Very truly yours,
JASNE & FLORIO, L.L.P.

/s/ Hugh G. Jasne, Esq.
Hugh G. Jasne

---

Request GRANTED. Defendant Lucine Ghazaryan's conditions of pretrial release are modified to permit her to travel to Las Vegas, Nevada from November 7-12, 2021.

So Ordered.
November 3, 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.