UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

SARO MOURADIAN, ZAVEN YERKARYAN, and LUSINE GHAZARYAN,

                Defendants.

20 Cr. 652 (VM)

ORDER

---

**VICTOR MARRERO, United States District Judge.**

    The trial date in these matters is hereby adjourned sine die pending the resolution of outstanding plea proceedings.

**SO ORDERED.**

Dated:    13 October 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.

1